UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN M. POLITTE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 18cv437 JM (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TO RESPOND TO COMPLAINT** |

　　　The court, having reviewed and considered the parties' Joint Motion for Extension of Time for the United States to Respond to Joan M. Politte's Complaint, (Doc. No. 5), and for good cause shown, grants the motion. The United States must respond to the complaint by *July 30, 2018*.

　　　IT IS SO ORDERED.

DATED: April 30, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　United States District Judge